IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -3 AM 6:52

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | | |
|---|---|---|
| ANTHONY E. RAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2707 Ml/An |
| | ) | |
| TENNESSEE AIR NATIONAL GUARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

Before the Court is Defendant's Motion to Dismiss, filed April 22, 2005. Under Local Rule 7.2(a)(2) and Federal Rule of Civil Procedure 6, a response to the motion was due on or before May 26, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendant's motion should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in a judgment in favor of Defendants on the motion.

---

[1] To comply with this Order, Plaintiff must file a written response to Defendant's motion.

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

So ORDERED this _2_ day of June, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02707 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Michael A. Blackburn
GENERAL LITIGATION DIVISION
1501 Wilson Blvd.
7th Fl.
Arlington, VA 22209--240

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT