IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

ANTHONY E. RAYNOR,

      Plaintiff,

**JURY DEMANDED**

CASE NO. 04-2707

v.

TENNESSEE AIR NATIONAL GUARD ("TANG")
LIEUTENANT COLONEL JAMES O. HALL, COMMANDER,
TANG; COLONEL GARRY T. HICKS, COMMANDER, TANG;
MAJOR GENERAL GUS I. HARGETT, JR.,
ADJUTANT GENERAL, TENNESSEE NATIONAL GUARD;
LIEUTENANT GENERAL H. STEVEN BLUM, CHIEF,
NATIONAL GUARD BUREAU; LIEUTENANT GENERAL
DANIEL JAMES, III, DIRECTOR, AIR NATIONAL GUARD;
UNITED STATES DEPARTMENT OF THE AIR FORCE;
and JAMES G. ROCHE, SECRETARY OF THE AIR FORCE,

Defendants.

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

July 6, 2005

**RESPONSE TO SHOW CAUSE ORDER**

    Comes now the Plaintiff's counsel, Thelma J. Copeland, and responds to the Court's Order to show cause as follows:

1.    Counsels for Plaintiff have three cases in this Court concerning the same Defendant and issues.

2.    Counsel mistakenly believed that all three cases were included in the opposition's Motion to Dismiss; and

3.    Counsel made a Motion to allow more time to respond to the motions made by the defense; and

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-6-05

4. Counsel believed all three cases were covered in Counsel's Motion; and

5. Having discovered that this case was not included in the previous motion made by Counsel for Plaintiff;

6. Due to the current work load in that co-counsel has been working on an appellant brief; and

7. The importance of Plaintiff's response to the Motion to Dismiss; and

8. The fact that Plaintiff's case will be severely prejudiced if counsel does not take the necessary time to review before responding to the Motion to Dismiss;

9. Counsel requests additional time until July 31, 2005 to prepare the response to Defendant's Motion to Dismiss as counsels requested in the other two cases involving this Defendant and these issues.

**WHEREFORE IT IS REQUESTED** that counsel for the Plaintiff be allowed until July 31, 2005 to file Plaintiff's response to the Defendant's Motion to Dismiss.

Respectfully submitted,

*Thelma J. Copeland*
Thelma J. Copeland, 022466
217 Exchange Avenue
Memphis, TN 38105
(901) 526-1890

### CERTIFICATE OF SERVICE

I, Thelma J. Copeland, do hereby certify that a copy of the foregoing has been mailed to Harriet Holman, Esquire, U.S. Attorney's Office, Suite 800, 167 N. Main Street, Memphis, TN 38103 on this the 20th day of June, 2005.

*Thelma J. Copeland*
Thelma J. Copeland

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02707 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Michael A. Blackburn
GENERAL LITIGATION DIVISION
1501 Wilson Blvd.
7th Fl.
Arlington, VA 22209--240

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT