# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

ANTHONY E. RAYNOR,

    Plaintiff,

v.

TENNESSEE AIR NATIONAL GUARD ("TANG"); ETAL

    Defendants.

JURY DEMANDED

CASE NO. 04-2707-MI-An

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Oct. 17 2005
DATE

## MOTION TO AMEND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Comes now the Plaintiff, James L. Jones, by and through counsels, Thelma J. Copeland and Linda Kendall Garner, and asks this court pursuit to Rule 15 of the FRCP to amend his Response to Defendant's Motion to Dismiss to delete all information pertaining to criminal prosecution, because said information was inadvertently included

Respectfully submitted,

THELMA J. COPELAND, 022466
LINDA KENDALL GARNER, 013573
Attorneys for Plaintiff
217 exchange
Memphis, Tennessee 38104
(901) 274-9242

1

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 10-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02707 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Thelma J. Copeland
LAW OFFICE OF THELMA J. COPELAND
1374 Madison Ave.
Memphis, TN 38104

Michael A. Blackburn
GENERAL LITIGATION DIVISION
1501 Wilson Blvd.
7th Fl.
Arlington, VA 22209--240

Honorable Jon McCalla
US DISTRICT COURT