IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| **ANTHONY E. RAYNOR** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2707 Ml/An |
| ) | |
| **TENNESSEE AIR NATIONAL GUARD** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

_____

**AMENDED JUDGMENT**
_____

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant Tennessee Air National Guard's Motion to Dismiss,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Dismiss, entered February 14, 2006, this case is DISMISSED.

APPROVED:


/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT


February 15, 2006
Date